December 9, 2022

**VIA EMAIL**

The Honorable John P. Cronan
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007
Email: Temporary_Pro_Se_Filing@nysd.uscourts.gov

    Re:    <u>Pre-Motion Letter and Status Update</u>
              *Roe v. New York State Board of Law Examiners*, 1:22-cv-10298 (JPC)

Dear Judge Cronan:

    Plaintiff Roe submits this letter to respectfully alert the Court of his forthcoming motion for temporary restraining order (TRO), which he intends to file on Monday, December 12. Given that Plaintiff only filed suit recently, there are several items still pending before the Court, such as a letter-motion. ECF Dkt. 3. Plaintiff had also filed a motion for e-filing privileges to facilitate the timely filing of his TRO, for example.

    For reference, Plaintiff's TRO is in connection with an exam scheduled for December 15, as detailed in the Complaint. Dkt. 2 ¶¶ 2, 5–9; *see also* Fed. R. Civ. P. 65.

    Anyway, while this Court's Individual Rules for Pro Se Litigants does not require a pre-motion letter/conference, needless to say, Plaintiff wishes to convey his exceeding willingness and flexibility to meet any of the Court's potential deadlines, requests, and so on. For instance, if the Court would like Plaintiff to brief a certain legal issue in his motion papers. Or if, say, the Court would like to schedule a hearing (without much notice) anytime between now and next week, Plaintiff is readily available and does not have any objections.

    Thank you very much.

                                                Very truly yours,

                                                /s/
                                                Richard Roe
                                                Plaintiff