UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                :
RICHARD ROE,                               :
                :
          Plaintiff,        :
                :       22 Civ. 10298 (JPC)
     -v-             :
                :       <u>ORDER TO SHOW CAUSE</u>
NEW YORK STATE BOARD OF LAW EXAMINERS,  :
                :
         Defendant.        :
                :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On December 12, 2022, Plaintiff Richard Roe filed a Memorandum of Law in Support of an Order to Show Cause for Preliminary Injunction, Temporary Restraining Order, and Expedited Briefing Schedule.  Dkt. 12.  Defendant New York State Board of Law Examiners is therefore ordered to appear before this Court at 10:00 a.m. on December 14, 2022 and show cause why an order should not be issued in the above-captioned matter, pursuant to Rule 65 of the Federal Rules of Civil Procedure, requiring Defendant to grant Plaintiff extra time in sitting for the examinations Defendant administers in licensing attorneys to practice in New York State.  At the appointed time, Plaintiff and counsel for Defendant shall call (866) 434-5269, access code 9176261.  Due to the expedited schedule for this hearing, Defendant may submit an opposition at any point before the hearing begins or may oppose orally at the hearing.

      The Clerk of Court is respectfully directed to mail copies of this Order to the New York State Attorney General, 28 Liberty Street, 16th Floor, New York, NY 10005 and to the New York State Board of Law Examiners, Corporate Plaza, Building 3, 254 Washington Avenue Extension, Albany NY 12203.

SO ORDERED.

Dated: December 13, 2022
       New York, New York

                                            JOHN P. CRONAN
                                     United States District Judge