December 22, 2022

**VIA EMAIL**

The Honorable John P. Cronan
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007
Email: Temporary_Pro_Se_Filing@nysd.uscourts.gov

    Re:    <u>Outstanding Issues w/ Electronic Filing and Case Accessibility</u>
              *Roe v. New York State Board of Law Examiners*, 1:22-cv-10298 (JPC)

Dear Judge Cronan:

    Please accept this letter by Plaintiff Richard Roe, proceeding *pro se* and under pseudonym, in the above-referenced matter related to outstanding issues with electronic filing and case access.

    As you know, the Court granted my request for e-filing privileges on December 9. ECF Dkt. 9. That same day, I successfully completed the Court's e-filing registration process, including with the PACER service. (The request was processed/approved that day, too.) Since then, however, I have not been to file or access certain documents using the Court's online system. Over the past few weeks, I've been in communication with the Court's ECF Help Desk and the Pro Se Intake Unit without much success.

    Today, Help Desk staff stated that they have been in communication with this Court's Chambers about the issue, which in part explains the delay since discussions may be ongoing and so on. The staff member did not offer any further information or details. Since pro-se litigants cannot directly contact Chambers, please accept this letter in an attempt to follow up and communicate this information with the Court.

    If the Court requires any additional documents to facilitate e-filing, or if there are any outstanding issues, Plaintiff is prepared and willing to assist however possible.

    Thank you very much for your attention.

                                              Very truly yours,

                                              /s/
                                              Richard Roe
                                              Plaintiff