

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8528

January 4, 2023

**BY ECF and Email**
Honorable John P. Cronan
United States District Judge
Southern District of New York
CronanNYSDChambers@nysd.uscourts.gov

Re:   *Richard Roe v. NYS Board of Law Examiners*, 1:22-cv-10298 (JPC)

Dear Judge Cronan:

The Office of the Attorney General writes on behalf of Defendant New York State Board of Law Examiners ("the Board") in the above-referenced action. We write in response to this Court's directives to the parties set forth during the December 14, 2022 conference. On December 28, 2022, Plaintiff Richard Roe reported to the Court that he planned to proceed with this action. ECF No. 19.

In light of this decision, the Board proposes the following briefing schedule for its motion to dismiss: February 1, 2023 for the opening papers, March 1, 2023 for the opposition; and March 13, 2023 for the reply. The grounds for this motion include those raised in the Board's December 14, 2022 letter. ECF No. 17. Plaintiff has consented to this schedule.

Thank you for your continued attention to this matter.

Respectfully submitted,

   s/ *Elizabeth A. Figueira*
Elizabeth A. Figueira
Assistant Attorney General

The Court adopts the parties agreed-upon briefing schedule.  Defendant shall move to dismiss by February 1, 2023; Plaintiff shall oppose by March 1, 2023; and Defendant shall reply by March 13, 2023.  In addition, Plaintiff's letter of December 28 sought leave to amend the Complaint to include as defendants the individual members of the New York State Board of Law Examiners, sued in their official capacities.  Dkt. 19 at 3.  By January 10, 2023, Defendant shall file a letter indicating whether it consents to this request and, if not, the basis for its opposition.

SO ORDERED
Date: January 5, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge

28 LIBERTY STREET, NEW YORK, NY 10005 ● PHONE (212) 416-8610 ● WWW.AG.NY.GOV