January 5, 2023

**VIA EMAIL**

The Honorable John P. Cronan
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007
Email: Temporary_Pro_Se_Filing@nysd.uscourts.gov

    Re:    <u>Plaintiff's Request for Voluntary Dismissal without Prejudice</u>
                  *Roe v. New York State Board of Law Examiners*, 1:22-cv-10298 (JPC)

Dear Judge Cronan:

     As the plaintiff in the above-entitled action, I'm writing today to respectfully request that the Court dismiss this action without prejudice. The undersigned acknowledges that he recently expressed his intent to proceed with this action, *see* ECF Dkt. No. 19, and if anything, his views and position remain entirely unchanged.[1]

     With 47 days until the bar, however, I'd like to shift my remaining time and energy to exam preparation and success. In all events, I've appreciated the Court's consideration, along with court personnel who have been incredibly helpful and accommodating.

     Thank you very much.

                                      Very truly yours,

                                      /s/
                                      Richard Roe
                                      Plaintiff

cc:    Elizabeth Figueira, Esq. (by ECF and email)

In light of Defendant's consent, *see* Dkt. 24, this case is dismissed without prejudice. The Clerk of Court is respectfully directed to close this case.

---

[1] Nothing contained in this letter should be construed as type of waiver, admission, or modification of Plaintiff's rights and so on.

SO ORDERED
Date: January 11, 2023
New York, New York

                                      JOHN P. CRONAN
                                      United States District Judge